FILED: September 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1907
(A206-523-573)
_____

DANIEL JORGE CASTENDET-LEWIS

     Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

     Respondent

_____

O R D E R
_____

Upon consideration of the unopposed motion for abeyance, the court grants the motion. The case is placed in abeyance pending completion of petitioner's proceeding before the Board of Immigration Appeals ("BIA").

The parties are directed to file a status report 60 days from the date of this order and every 60 days thereafter. The parties shall immediately notify the court in writing of any decision by the BIA.

     For the Court

     /s/ Patricia S. Connor, Clerk